Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company


                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA

GREAT DIVIDE INSURANCE          )
COMPANY,                        )
                                )
              Plaintiff,        )
                                )
     vs.                        ) Case No.  3:10-cv-_____
                                )
                                ) **COMPLAINT FOR DECLARATOY**
                                ) **RELIEF**
                                )
LATIN CONNECTION ENTERTAINMENT, )
LLC d/b/a CLUB SORAYA and ENRIQUE )
BARAJAS,                        )
                                )
              Defendants.       )
_____ )

     Plaintiff, Great Divide Insurance Company ("Great Divide"),

alleges as follows:

     1.  Great Divide is a corporation organized and existing under

the laws of the State of North Dakota with its principal place of

business in the State of Arizona.

     2.  Great Divide is authorized to transact business in the

State of Alaska, has paid its biennial corporation taxes last due,

filed its biennial report for the last reporting period and has

Case 3:10-cv-00241-TMB   Document 1   Filed 10/26/10   Page 1 of 4

satisfied all other conditions precedent to bringing and maintaining this action.

3. Defendant, Latin Connection Entertainment, LLC, d/b/a Club Soraya ("Club Soraya")is an Alaska LLC with its principal place of business in Alaska.

4. Enrique Barajas is a resident of the State of Alaska ("Barajas").

5. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C., §§ 2201 and 1332 as this action is a declaratory judgment action between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

6. Venue is proper in this Court pursuant to 28 U.S.C., § 1391.

7. Great Divide issued a general liability insurance policy to Latin Connection Entertainment, LLC, d/b/a Club Soraya identified as Policy No. GC814328 (the "Policy") covering policy period 8/16/08 to 8/16/09. The Policy provides coverage of $1 million per occurrence. A copy of the Policy is attached as **Exhibit 1**.

8. Barajas alleges that on March 21, 2003, he was a patron at Club Soraya.

Case 3:10-cv-00241-TMB  Document 1  Filed 10/26/10  Page 2 of 4

9.   Barajas further alleges he was injured as a result of the negligence of the Club employees.   A copy of Mr. Barajas's complaint is attached as **Exhibit 2**.

10.   Club Soraya has tendered the Barajas claim to Great Divide.   A copy of its reservation of rights letter is attached as **Exhibit 3**.

11.   Great Divide is entitled to a declaration that there is no liability coverage for the damages being asserted against Club Soraya by Mr. Barajas.

12.   Great Divide is entitled to a declaration that there is no duty to defend Club Soraya against the claims brought against it by Mr. Barajas.

WHEREFORE, Great Divide asks the Court for the following relief:

A.   Entry of an order that Great Divide has no obligation to pay any of the damage claimed against Club Soraya by Mr. Barajas.

B.   Entry of an order that Great Divide has no obligation to provide for the defense of Club Soraya should a lawsuit be brought against it by Mr. Barajas.

C.   An award of its costs and attorney's fees.

D.   Such other relief as the Court may deem just and equitable.

Case 3:10-cv-00241-TMB   Document 1   Filed 10/26/10   Page 3 of 4

DATED at Anchorage, Alaska, this 26th day of October, 2010.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
Alaska Bar No. 7011060

Case 3:10-cv-00241-TMB   Document 1   Filed 10/26/10   Page 4 of 4