James E. Fosler
Alaska Bar No. 9711055
FOSLER LAW GROUP, INC.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for Enrique Barajas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>LATIN CONNECTION ENTERTAINMENT, LLC d/b/a CLUB SORAYA and ENRIQUE BARAJAS,<br><br>              Defendants. | Case No. 3:10-CV-00241 (TMB)<br><br>STIPULATION TO DISMISS |

      Pursuant to Civil Rule 41(a)(1)(A)(ii), the parties stipulate to dismiss this case with prejudice, the parties to bear their own costs and attorneys' fees.

DATED: September 2, 2011.  FOSLER LAW GROUP, INC.
Attorney for Defendant Enrique Barajas

/s/ James E. Fosler
James E. Fosler
Alaska Bar No.: 9711055
Fosler Law Group, Inc.
737 West Fifth Ave., Suite 205
Anchorage, Alaska 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657
jfosler@foslerlawgroup.com

DATED: September 2, 2011.  BISS & HOLMES
Attorney for Plaintiff Great Divide Insurance Company

/s/ Roger F. Holmes (by consent)
Roger F. Holmes
Alaska Bar No.: 7011060
Biss & Holmes
3948 Clay Products Drive
Anchorage, AK 99517-1014
Telephone: (907) 248-8013
Fax: (907) 243-6695
rogerbh@gci.net

                                                      PAUL D. STOCKLER
                                                      Attorney for Defendant Latin Connection
                                                      Entertainment, LLC

DATED: September 2, 2011          /s/ Paul D. Stickler   (by consent)
                                                      Paul D. Stockler
                                                      (ABA No. 8606032)
                                                      1309 W. 16th Ave.
                                                      Anchorage, AK 99501
                                                      Telephone: (907) 277-8564
                                                      Facsimile: (907) 272-4877